

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Leonardo Caro Terrazas, Alsemo Parra Castillo, Antonio Bojorquez Rosas, Carlos Arturo Cervantes Hernandez, Cesar Quintana Martinez, Bernanrdo Caro Monges, Ganadera Santa Sofia, Hector Hugo Vargas Vasquez, Interganadera Famflo S. P. R. de R. L. de C. V., Jesus Ignacio Armendariz Torres, Jesus Mendoza Romero, Jesus Manuel Parra Chavez, Jose G. Villalobos Villalobos, Manuel Armando Gonzalez Carmona, Nicolas Caroterraza, Oscar Tena Lozano, Oscar Chacon Herrera, Rafael Ruiz Hernandez, et al, | § § § § § § § | No. 08-19-00206-CV Appeal from the 327th District Court of El Paso County, Texas (TC# 2016DCV4635) |
| Appellants, | § | |
| v. | § | |
| Simon Chavez, a/k/a Simon Chavez De Pablo, individaully and d/b/a 24 Trading Co., Alvaro Bustillos, and Vaquero Trading, L. L. C., | § § § | |
| Appellee. | § § | |

**O R D E R**

On July 31, 2019, Appellant filed notice of appeal in the above-styled and numbered cause. The notice of appeal is late, but it was filed within fifteen days after the deadline for the notice of appeal to be filed. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by TEX.R.APP.P. 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See*

1

*Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). However, an appellant must still provide the Court with a reasonable explanation for the late filing of the notice of appeal before the Court may accept the appeal. Accordingly, Appellant is ordered to respond in writing and provide the Court with a reasonable explanation for filing the notice of appeal late. *See* TEX.R.APP.P. 10.5(b)(1)(C), 26.3; *Verburgt*, 959 S.W.2d at 617. The explanation is due to be filed no later than August 16, 2019. If Appellant fails to comply with this order, the appeal is subject to dismissal without further notice.

IT IS SO ORDERED this 6th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.